RECEIVED & FILED

'11 OCT -5 P12:45

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Willene Groomes
6151 Mountain Vista
Henderson, NV 89014

## U.S. Bankruptcy Court
### District of Nevada (Las Vegas)

| | |
|---|---|
| **DEBTOR** <br> **Willene Groomes** | ) Bankruptcy Petition #: 11-11573-mkn <br> ) <br> ) <br> ) Chapter 7 <br> ) **DEBTORS' FIRST MOTION TO VACATE** <br> **COURT'S ORDER OF DISMISSAL** |

**TO THE HONORABLE JUDGE MIKE K. NAKAGAWA, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtor by and through herself, files this her First Motion to Vacate the Order of Dismissal which was entered by this Court on July 22, 2011 and would respectfully show the court as follows:

1. On July 22, 2011 the court dismissed the case because the Debtor failed to pay the entire filing fee.

2. Debtor has since paid the remaining balance of the filing fee.

WHEREFORE, Debtor prays for an Order:

A. Reopening this Chapter 7 proceeding; and

B. Granting such other relief as the Court deems proper.

DATED: September 21, 2011.

Respectfully Submitted,

/s/ Willene Groomes
**Willene Groomes, Pro Se**

### CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 19th day of September on the following parties affected thereby:

Trustee
**LENARD E. SCHWARTZER**
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

Office of the U.S. Trustee
**U.S. TRUSTEE - LV - 7**
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

/s/ Willene Groomes

Willene Groomes